Krishna Reddy
10650 Mountain View Ave, Apt 702
Redlands, CA 92373-8459
Phone No.: (909) 799-9569
No Fax Number

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### (Camden)

| | |
|---|---|
| KRISHNA REDDY,            ) | Civil Action No.: |
|                                  ) | |
|        Plaintiff,         ) | 06-CV-04410-RBK (AMD) |
|                                    ) | |
|           vs.             ) | |
|                                    ) | |
| MEDQUIST, INC.; ROYAL     ) | RESPONSE TO COURT'S ORDER |
| PHILIPS ELECTRONICS OF THE   ) | DIRECTING PLAINTIFF TO |
| NETHERLANDS; KATHY        ) | SUBMIT PROOF OF PROPER |
| PINKSTAFF; APRIL PORTER;    ) | SERVICE |
| MAYRA FIGUERAS; RUSSELL    ) | |
| DUNN; STEVEN E. ALLEN; JUDY ) | |
| COMPAGNO; JASON GERSTER;   ) | |
| JOHN W. QUAINTANCE; JOHN M. ) | |
| SUENDER; ETHAN H. COHEN;    ) | |
| STEPHEN H. RUSCKOWSKI; and   ) | |
| DOES 1 through 100, (unknown    ) | |
| defendants being sued as agents of the) | |
| Corporate defendants, and also in    ) | |
| their individual capacity),        ) | |
|                                    ) | |
|        Defendants.       ) | |
|                                    ) | |
| _____ ) | |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

### Case No.: 06-CV-04410-RBK-AMD

## TABLE OF CONTENTS

|  |  | Page No. |
|---|---|---|
| TABLE OF CONTENTS |  | i |
| TABLE OF AUTHORITIES |  | ii |
| INTRODUCTON |  | 1 |
| STATEMENTS OF FACTS |  | 1 |
| ARGUMENT |  | 7 |
| I | The defendants waived the waivable defense of insufficiency of service of process | 7 |
| II | Court lacks power to raise the issue sua sponte | 7 |
| III | Service of process on the defendants was sufficient | 8 |
| IV | Request for Evidentiary Hearing | 11 |
| CONCLUSION |  | 12 |
| DECLARATION OF PLAINTIFF |  | 13 |

## TABLE OF AUTHORITIES

Page No.

FEDERAL RULES OF CIVIL PROCEDURE:

| | |
|---|---|
| Rule 4(e) | 8 |
| Rule 4(h) | 9 |
| Rule 4(j) | 8 |
| Rule 4(m) | 7 |
| Rule 12(b)(2)-(5) | 6, 7, 8, 11 |
| Rule 12(g) | 7 |
| Rule 12(h) | 6, 7, 8 |

CALIFORNIA:

Code of Civil Procedure:

| | |
|---|---|
| Section 415.20 | 4, 5, 10 |
| Section 415.40 | 4, 10 |
| Section 415.95 | 9 |
| Section 416.10 | 2, 3 |
| Section 417.10 | 5, 9 |
| Section 417.20 | 5, 9 |

## CASES

Page No.

### USSC

*Greene v. Lindsey*, (1982) 456 U.S. 444 — 8

*Hafer v. Melo* (1991) 502 U.S. 21 — 10

*McDonald v. Mabee* (1917) 243 US 90 — 9

*Mennonite Board of Mission v. Adams* (1983) 462 US 791 — 8

*National Hockey League v. Metropolitan Hockey Club* (1976) 427 U.S. 639 — 11

### FEDERAL APPELLATE

*Nikwei v. Ross School of Aviation, Inc.* (10th Cir. 1987) 822 F2d 939 — 11

*O'Brien v. R.J. O'Brien & Associates, Inc.* (7th Cir. 1993) 998 F2d 1394 — 9

*Pardazi v. Cullman Medical Center* (11th Cir. 1990) 896 F2d 1313 — 7, 8

*Pusey v. Dallas Corp.* (4th Cir. 1991) 938 F.2d 498, 501 — 7

*Republic of Panama v. BCCI Holdings* (11th Cir. 1997) 119 F3d 935 — 8

### FEDERAL SUPPLEMENT

*Bolduc v. Bailey* (D Co 1984) 586 F.Supp 896 — 11

### CALIFORNIA

*Koski v. U-Haul Co.* (1963) 212 Cal App 2d 640 — 10

## INTRODUCTION

This is a response by me, Krishna Reddy, the Plaintiff in the above-titled action, to the Court's order (Clerk's Docket Entry No. 77), filed on 1/29/2009, entered on 2/2/2009, mailed to me via U.S. Mail on 2/2/2009, which I received on 2/7/2009.

## STATEMENTS OF FACTS

1. At page 3, paragraph 5 of the Complaint (Clerk's Docket Entry No. 1), defendant, ROYAL PHILIPS ELECTRONICS OF THE NETHERLANDS, has been identified as a foreign corporation, incorporated and existing in United States under and by virtue of the laws of the States of Delaware and New York.

2. At pages 3-4, pargraphs 6-15 of the Complaint, the individual defendants have been identified as the agents/employees/managers/directors of the defendant, MedQuist, Inc.

3. Each individual defendant was sued in his/her official capacity as agent of MedQuist, as well as in his/her individual capacity [see page 4, paragraph 17 of the Complaint].

4. As can be seen from the Return of Service filed with this Court on 3/9/2007, Docket Entries No. 12-22, and from the Certificate of Service filed on 3/9/2007, Docket Entry No. 23-3, I had the Summons and Complaint in the above-titled action served on each of the defendants as follows:

1

(i)  The defendant MEDQUIST, INC. ("MEDQUIST") was served with the Summons and Complaint on 01/08/2007 via Certified Mail with Return Receipt Requested, sent to the address:

MedQuist, Inc.
1000 Bishops Gate Boulevard
Suite 300
Mount Laurel, NJ 08054-4632

The service was effected on MEDQUIST on January 11, 2007, pursuant to California's Code of Civil Procedure ("CCP")  Section 416.10 (b) and all other applicable laws [please see Exhibit A at page 14].

(ii)  Each of the other defendants was served via Fax by serving on Mr. Howard S. Hoffman, CEO, and The Director of Human Resources at MedQuist, Inc., with a letter explaining that due to the closure of the regional branches of MedQuist, I was unable to serve the defendants personally, and that the defendants were being sued in both their individual capacity as well as the agents of MedQuist [see Exhibit B at pages 15-16].

(iii)  Each of the other defendants was also served in his/her own name via Fax at their place of business [see Exhibit C at pages 17-28].

(iv)  As stated above, the defendant ROYAL PHILIPS ELECTRONICS OF THE NETHERLANDS ("PHILIPS") was served on 01/18/2006 by faxing a copy of the Summons and Complaint to PHILIPS [see Exhibit C-17] as well as to

2

Mr. Howard S. Hoffman, the CEO of MEDQUIST, and to the Director of the

Human Resources of MEDQUIST [see Exhibit D-29], and by mailing another set

of Summons and Complaint via Certified Mail with Return Receipt Requested on

01/19/2007 to the Authorized Agent for PHILIPS to receive service of process in

the State of California, addressed as follows [see Exhibit D-30]:

> ROYAL PHILIPS ELECTRONICS OF THE NETHERLANDS
> c/o Corporation Service Company
> [d/b/a CSC - Lawyers Incorporating Service]
> P.O. Box 526036
> Sacramento, CA 95852

Another copy of the Summons and Complaint was served on PHILIPS via

Certified Mail with Return Receipt Requested on 01/19/2007 to PHILIPS at the

address of its subsidiary, addressed as follows [see Exhibit D-31]:

> ROYAL PHILIPS ELECTRONICS OF THE NETHERLANDS
> c/o MedQuist, Inc.
> 1000 Bishops Gate Blvd
> Suite 300
> Mount Laurel, NJ 08054-4632

Service was effected on PHILIPS on 01/24/2007 and 01/22/2007,

respectively, pursuant to California's CCP Section 416.10(a) and all other

applicable laws [please see Exhibit D at pages 30-32].

(v) The individual named defendant MR.STEPHEN H. RUSCKOWSKI

was  served on 01/18/2006 by faxing a copy of the Summons and Complaint to

him [see Exhibit C-28] as well as to the CEO and the Director of Human

Resources of MEDQUIST [see Exhibit E-33], and by mailing another set of

Summons and Complaint via Certified Mail with Return Receipt Requested on

01/19/2007, addressed as follows [see Exhibit E-34]:

> MR. STEPHEN H. RUSCKOWSKI
> c/o MedQuist, Inc.
> 1000 Bishops Gate Boulevard
> Suite 300
> Mount Laurel, NJ 08054-4632

Service was effected on MR. RUSCKOWSKI on 01/22/2007 pursuant to

California's CCP Section 415.20 and 415.40 and all other applicable laws [please

see Exhibit E at pages 33-35].

(vi)  The individual named defendants MS. KATHY PINKSTAFF, MS.

APRIL PORTER, MS. MAYRA FIGUERAS, MR. RUSSELL DUNN, MR.

STEVEN E. ALLEN, MS. JUDY COMPAGNO, MR. JASON GERSTER, MR.

JOHN W. QUAINTANCE, MR. JOHN M. SUENDER, and MR. ETHAN H.

COHEN, were served on 01/18/2006 by faxing a copy of the Summons and

Complaint to each of the individual defendants separately [see Exhibit C-18 to C-

27] as well as to the CEO and the Director of Human Resources for MEDQUIST

[see Exhibit F-36-37], and by mailing another set of Summons and Complaint

enclosed in separate sealed envelopes, addressed individually for each defendant,

and serving all those envelopes on the CEO and the Director of the Human

4

Resources for MEDQUIST via Certified Mail with Return Receipt Requested on 01/19/2007, addressed as follows [see Exhibit F-38]:

> Attn:  Mr. Howard S. Hoffman, CEO, and
> The Director of Human Resources
> MedQuist, Inc.
> 1000 Bishops Gate Boulevard
> Suite 300
> Mount Laurel, NJ 08054-4632

Service was effected on each of the individual defendants on 01/22/2007 pursuant to California's CCP Section 415.20 and all other applicable laws  [please see Exhibit F at pages 36-38].  The process server executed the Return of Service [see Exhibit G at page 39] and a Proof of Service of Summons and Complaint [see Exhibit H at pages 40-42].

(vii)  On 2/6/2007, the attorneys for MedQuist, executed a "written admission" of receipt of Summons and Complaint on all the individual defendants and PHILIPS [see Exhibit I at page 43], which is sufficient proof of service of Summons and Complaint pursuant to California's Code of Civil Procedure Section 417.10(d), which reads: "Proof that a summons was served on a person within this state shall be made:...(d) *By the written admission of the party.* (emphasis added)", and Section 417.20(d), which reads, "Proof that a summons was served on a person within this state shall be made:...(d) *By the written admission of the party.* (emphasis added)."

5

(viii) The Returned Summons with the attached Return of Service and proof of service that were executed by the person who served the Summons and Complaint on 1/19/2007, were filed with the Court on 3/9/2007 [see Clerk's Docket Entry No. 12-22, and see Certificate of Service, Docket Entry 23-3].

5. At no time did MedQuist return the Summons and Complaints which it received via Certified Mail, back to me, as "undeliverable", but in fact, acknowledged receipt of the same [see Exhibit I at page 43]. At no time did MedQuist or the other defendants file any motion with the Court for insufficient service of process within the time allowed by FRCP Rule 12(b)(5), and thus are deemed to have waived the defense of insufficiency of process pursuant to Rule 12(h)(1).

6. On 1/29/2009, after more than 2 years after the service was effected, on my second request for entry of default, the Court sua sponte raised the issue of sufficiency of the service of process.

This is my response to the Court's order directing me to submit proof of proper service of Summons and Complaint on the remaining defendants.

## ARGUMENT

### I

### THE DEFENDANTS WAIVED THE WAIVABLE DEFENSE OF INSUFFICIENCY OF SERVICE OF PROCESS

The defenses available under FRCP Rule 12(b)(2)-(5) are waivable under FRCP Rule 12(h)(1) if not timely raised. In the case of *Pardazi v. Cullman Medical Center* (11th Cir. 1990) 896 F2d 1313, 1316, the Court held that when a defendant has waived his objection to insufficient service of process by failing timely to object as required under Rule 12(g) and (h), has consented to litigate the action in that court.

Since no timely Rule 12(b)(5) motion was filed by any of the defendants, they have waived the defense of insufficiency of service of process.

### II

### COURT LACKS POWER TO RAISE THE ISSUE SUA SPONTE

Though no timely motions were filed by any of the defendants in this action as to any insufficiency in the service of process, more than 2 years after the service of Summons and Complaint was effected and the Summons returned, the Court on 1/29/2009, sua sponte raised the issue of sufficiency of service of process relying on Fed.R.Civ.P. 4(m), and citing the case of *Pusey v. Dallas Corp.,* 938 F.2d 498, 501 (4th Cir. 1991). However, in the case of *Pusey v. Dallas Corp,* supra, the

7

Appellate Court, citing the case of *Pardazi v. Cullman Medical Center* (11th Cir. 1990) 896 F.2d at 1313, 1316-17 and fn.2, held that "despite Rule 4(j)'s conferral of sua sponte dismissal power on the district courts, a defendant's unexcused failure to raise the untimeliness of service defense by motion or answer must be held to *deprive the court of that power*, since a waiver of this defense constitutes a submission to personal jurisdiction of the court (emphasis added)." The Court held that the waiver provision under FRCP Rule 12(h) restricts the power of the Court to raise that issue sua sponte when the defense has been waived.

Based on the above, this Court lacks the power to raise sua sponte the defense of "insufficient service of process" that has already been waived by the defaulted defendants in this case more than 2 years ago.

## III

## SERVICE OF PROCESS ON THE DEFENDANTS WAS SUFFICIENT

1. FRCP 4(e)(1) authorizes service of process under rules of the State where service is effected. RICO, one of the causes of action in this case, allows Nationawide service of process [see *Republic of Panama v. BCCI Holdings* (11th Cir. 1997) 119 F3d 935, 942]. The service need not always be personnel, only likely to give notice [see *Greene v. Lindsey* (1982) 456 U.S. 444, 455]. No extraordinary method of service is required. Minimal constitutional reguirement by US Mail [see *Mennonite Board of Mission v. Adams,* 462 U.S. at 798, fn 4].

8

If proper method of service followed, due process is satisfied even if it does not result in the defendant receiving actual notice [*McDonald v. Mabee* (1917) 243 U.S. 90, 92].

2. Process server's return of service is sufficient proof for service of process [see *O'Brien v. R.J. O'Brien & Associates, Inc.* (7th Cir. 1993) 998 F2d 1394, 1398]. Written admission by party is sufficient proof of service pursuant to California's Civil Code Section 417.10(d) and 417.20(d), and MedQuist's attorneys' letter dated February 6, 2007 [see Exhibit I-43], serves as a "written admission" that the Summons and Complaint were served on all the defendants, including PHILIPS, as PHILIPS' attorneys at their website, have been claiming to be working with MedQuist in the lawsuits against MedQuist, and are deemed to have knowledge of this action.

3. Service on a business is governed by FRCP Rule 4(h)(1)(A), and allows service pursuant to the law of the State where service is effected. PHILIPS was served by service on its authorized and registered agent to receive service of process listed with the Secretary of the State of California, and also via Certified Mail with return receipt requested at the address of MedQuist, and via Fax, and the service complied with California's Code of Civil Procedure Section 415.95 [see written admission by MedQuist's attorneys that PHILIPS was served with the Summons and Complaint by service on the Company, "Corporation Service

9

Company d/b/a CSC - Lawyers Incorporation Service"].  Under California law,

where PHILIPS has been served by service on its authorized agent, service on any

person named in the latest certificate of the corporate agent is deemed "personal

service" [see *Koski v. U-Haul Co.,* 212 Cal App 2d 640, 643-645 (1963)].

4. As mentioned above, all the remaining defendants were served pursuant

to California's Code of Civil Procedure Section 415.20 and 415.40 [see written

admission of service by MedQuist at Exhibit I-43].  In the case of *Hafer v. Melo*

(1991) 502 U.S. 21, 26, the Court held that the phrase "acting in their official

capacities" is best understood as a reference to the capacity in which the officer is

sued.  Therefore, MedQuist has defaulted as to the claims against the individual

defendants in their official capacity by failing to answer.

5. The excerpts from the Court's ruling on 1/29/2009, are as follows:

"Because there is *no evidence of proper service* on any of the Defendants on the

record *except MedQuist...* (emphasis added)."  The manner of service of Summons

and Complaint was the same for all the remaining defendants in this case as that

on MedQuist, i.e., Certified Mail with Return Receipt requested [see Exhibits A-

14, D-30; D-31, E-34, and F-38].

Based on all the above, the service on all the defendants was proper and

sufficient, and I request the Court to order the Court Clerk to enter the default of

all the remaining defendants.

10

IV

## REQUEST FOR EVIDENTIARY HEARING

1. As stated above, the service of Summons and Complaint was proper and sufficient. The burden is now on the defendants to produce evidence that they did not have notice of the action [see *Nikwei v. Ross School of Aviation, Inc.* (10th Cir. 1987) 822 F2d 939, 941].

2. As stated above, service on PHILIPS was effected by service on its authorized agent for service of process, Corporation Service Company [see Exhibit D-30 and Exhibit I-43]. For failure to timely raise the waivable defense of insufficient service of process, a default judgment is proper against PHILIPS.

3. As can be seen from Exhibit I-43, MedQuist though had knowledge of the lawsuit, did not file a Rule 12(b)(5) motion on behalf of any of its employees/agents/managers/directors who were sued in their official capacity, nor did any of the agents file a response in their individual capacity though they were all properly served at their business address [see *Bolduc v. Bailey* (D Co 1984) 586 F.Supp 896, 899 - held that defendant sent letter to Court but never responded to complaint or made a formal appearance; therefore, default was proper].

Based on the above, I request the Court to kindly conduct evidentiary hearing to resolve this issue of insufficient service of process in this case.

11

## CONCLUSION

Based on all the above, I request the Court to kindly order the Court Clerk to enter the default of the remaining defendants, ROYAL PHILIPS ELECTRONICS OF NETHERLANDS; Mr. STEPHEN RUSCKOWSKI; Ms. KATHY PINKSTAFF; Ms. APRIL PORTER; Ms. MAYRA FIGUERAS; Mr. RUSSELL DUNN; Mr. STEVEN E. ALLEN; Ms. JUDY COMPAGNO; Mr. JASON GERSTER; Mr. JOHN W. QUAINTANCE; Mr. JOHN M. SUENDER; and Mr. ETHAN H. COHEN, and I request the Court to kindly order the Court Clerk to enter a default judgment entered against each of the above-listed defendants as requested in my Complaint.

Respectfully submitted,

Date: February 12, 2009

Krishna Reddy

_____

Krishna Reddy
Plaintiff, pro se

## DECLARATION OF PLAINTIFF, KRISHNA REDDY

I, Krishna Reddy, declare:

1. I am the plaintiff in the above-titled action.

2. This declaration is being made in support of my RESPONSE TO THE COURT ORDER DIRECTING PLAINTIFF TO SUBMIT PROOF OF PROPER SERVICE.

3. This RESPONSE is being personally prepared by me and all facts stated in this RESPONSE, including this declaration, are all within my personal knowledge, except where otherwise indicated on information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 12th day of February, 2009, at Redlands, California.

*Krishna Reddy*

—————————————————————
Krishna Reddy
Plaintiff, pro se

13



7006 2760 0002 5584 5779

CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

MOUNT LAUREL NJ 08054

| | | 0403 |
|---|---|---|
| Postage | $1.11 | |
| Certified Fee | $2.40 | 13 |
| Return Receipt Fee (Endorsement Required) | $1.85 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.36 | |

01/08/2007

Sent To   MEDQUIST, INC
Street, Apt No.;   1000 BISHOPS GATE BLVD
or PO Box No.
City, State, ZIP+4   MT LAUREL NJ 08054-4632

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MEDQUIST, INC
1000 BISHOPS GATE BLVD
SUITE 300
MOUNT LAUREL, NJ 08054
NJ 08054- 4632

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
L. Jones                        11 JAN 07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7006 2760 0002 5584 5779

PS Form 3811, February 2004   Domestic Return Receipt

A - 14

**Krishna Reddy**
10650 Mountain View Ave, #702
Redlands, CA 92373-8459
Phone: (909) 799-9569


January 18, 2007


## FAX TRANSMITTAL


To:                          Attn: Mr. Howard S. Hoffmann, CEO, and
                             The Director of Human Resources
                             MedQuist, Inc.
                             1000 Bishops Gate Boulevard
                             Suite 300
                             Mount Laurel, NJ 08054-4632

Phone:                       800-233-3030

Fax:                         856-206-4020

Documents:                   (1)   Letter to Mr. Hoffmann, CEO, and Director of
                                   Human Resources at MedQuist, Inc.
                             (2)   A total of 12 Summons and the Complaint
                                   in re: *Reddy v. MedQuist, Inc., et.al.*, NJ District
                                   Court, Civil Case No.: 06 CV 4410 (RBK)
                                   (also being served via Certified Mail)

Number of pages including
this cover page:             30


B - 15

**Krishna Reddy**
10650 Mountain View Ave, #702
Redlands, CA 92373-8459
Phone: (909) 799-9569

January 18, 2007

Mr. Howard S. Hoffmann, CEO, and
The Director of Human Resources
MedQuist, Inc.
1000 Bishops Gate Boulevard
Suite 300
Mount Laurel, NJ 08054-4632
Phone:  800-233-3030
Fax: 856-206-4020

re: _Reddy v. MedQuist, Inc., et al.,_ NJ District Court Civil Case No.: 06 CV 4410 (RBK)

Sirs,

I have been informed that MedQuist has closed all of its regional branches all across United
States and that all employees/officers/agents of MedQuist are now working for MedQuist
remotely out of their own homes.  As a result, I'm unable to personally serve the individual
defendants in the above-mentioned lawsuit with the Summons and Complaint.  In addition to
being sued in their individual capacity, the defendants were also sued as agents of MedQuist;
therefore, I'm having the Summons and Complaint served on them by faxing them to the
Corporate office.

I'm herewith faxing a copy each of the 12 Summons issued along with a copy of the Complaint.
Another set of copies for each of the 12 defendants is also being served via Certified Mail with
Return Receipt Requested, by serving on MedQuist.

I herewith request you to kindly forward the faxed copy as well as the mailed copy of the
Summons and Complaint once you receive them, to the respective individual
employees/agents/officers of MedQuist including MedQuist's Parent Corporation, Royal Philips
Electronics of the Netherlands.

Should you have any questions, please feel free to contact me.

Thanking you,

Sincerely,

Krishna Reddy

Krishna Reddy

B - 16

**Krishna Reddy**
10650 Mountain View Ave, #702
Redlands, CA 92373-8459
Phone: (909) 799-9569

January 18, 2007

<u>FAX TRANSMITTAL</u>

To:                     ROYAL PHILIPS ELECTRONICS OF THE
                        NETHERLANDS
                        c/o MedQuist, Inc.
                        1000 Bishops Gate Boulevard
                        Suite 300
                        Mount Laurel, NJ 08054-4632

Phone:                  800-233-3030

Fax:                    856-206-4020

Documents:              Summons and Complaint in re: <u>*Reddy v. MedQuist, Inc.,*</u>
                        <u>et.al.,</u> NJ District Court Civil Case No.: 06 CV 4410 (RBK)
                        (also being served via Certified Mail)

Number of pages including
this cover page:        18

C - 17

**Krishna Reddy**
10650 Mountain View Ave, #702
Redlands, CA 92373-8459
Phone: (909) 799-9569

January 18, 2007

**FAX TRANSMITTAL**

To:                          Ms. KATHY PINKSTAFF
                             c/o MedQuist, Inc.
                             1000 Bishops Gate Boulevard
                             Suite 300
                             Mount Laurel, NJ 08054-4632

Phone:                       800-233-3030

Fax:                         856-206-4020

Documents:                   Summons and Complaint in re: *Reddy v. MedQuist, Inc.,*
                             *et al.,* NJ District Court Civil Case No.: 06 CV 4410 (RBK)
                             (also being served via Certified Mail)

Number of pages including
this cover page:             18

C - 18

**Krishna Reddy**
10650 Mountain View Ave, #702
Redlands, CA 92373-8459
Phone: (909) 799-9569


January 18, 2007


## FAX TRANSMITTAL


To:                     Ms. APRIL PORTER
                        c/o MedQuist, Inc.
                        1000 Bishops Gate Boulevard
                        Suite 300
                        Mount Laurel, NJ 08054-4632

Phone:                  800-233-3030

Fax:                    856-206-4020

Documents:              Summons and Complaint in re: _Reddy v. MedQuist, Inc.,_
                        _et.al.,_ NJ District Court Civil Case No.: 06 CV 4410 (RBK)
                        (also being served via Certified Mail)

Number of pages including
this cover page:        18


C-19

**Krishna Reddy**
10650 Mountain View Ave, #702
Redlands, CA 92373-8459
Phone: (909) 799-9569


January 18, 2007


## FAX TRANSMITTAL


To:                             Ms. MAYRA FIGUERAS
                                c/o MedQuist, Inc.
                                1000 Bishops Gate Boulevard
                                Suite 300
                                Mount Laurel, NJ 08054-4632

Phone:                          800-233-3030

Fax:                            856-206-4020

Documents:                      Summons and Complaint in re: *Reddy v. MedQuist, Inc.,
                                et.al.,* NJ District Court Civil Case No.: 06 CV 4410 (RBK)
                                (also being served via Certified Mail)

Number of pages including
this cover page:                18


C- 20

**Krishna Reddy**
10650 Mountain View Ave, #702
Redlands, CA 92373-8459
Phone: (909) 799-9569

January 18, 2007

## FAX TRANSMITTAL

To:                          Mr. RUSSELL DUNN
                             c/o MedQuist, Inc.
                             1000 Bishops Gate Boulevard
                             Suite 300
                             Mount Laurel, NJ 08054-4632

Phone:                       800-233-3030

Fax:                         856-206-4020

Documents:                   Summons and Complaint in re: _Reddy v. MedQuist, Inc.,_
                             _et.al.,_ NJ District Court Civil Case No.: 06 CV 4410 (RBK)
                             (also being served via Certified Mail)

Number of pages including
this cover page:             18

C-21

**Krishna Reddy**
10650 Mountain View Ave, #702
Redlands, CA 92373-8459
Phone: (909) 799-9569


January 18, 2007


## FAX TRANSMITTAL


To:                                   Mr. STEVEN E. ALLEN
                                      c/o MedQuist, Inc.
                                      1000 Bishops Gate Boulevard
                                      Suite 300
                                      Mount Laurel, NJ 08054-4632

Phone:                                800-233-3030

Fax:                                  856-206-4020

Documents:                            Summons and Complaint in re: *Reddy v. MedQuist, Inc.,*
                                      *et.al.*, NJ District Court Civil Case No.: 06 CV 4410 (RBK)
                                      (also being served via Certified Mail)

Number of pages including
this cover page:                      18



C-22

**Krishna Reddy**
10650 Mountain View Ave, #702
Redlands, CA 92373-8459
Phone: (909) 799-9569

January 18, 2007

## FAX TRANSMITTAL

To:                          Ms. JUDY COMPAGNO
                             c/o MedQuist, Inc.
                             1000 Bishops Gate Boulevard
                             Suite 300
                             Mount Laurel, NJ 08054-4632

Phone:                       800-233-3030

Fax:                         856-206-4020

Documents:                   Summons and Complaint in re: *Reddy v. MedQuist, Inc.,
                             et.al.*, NJ District Court Civil Case No.: 06 CV 4410 (RBK)
                             (also being served via Certified Mail)

Number of pages including
this cover page:             18

C - 23

**Krishna Reddy**
10650 Mountain View Ave, #702
Redlands, CA 92373-8459
Phone: (909) 799-9569


January 18, 2007


## FAX TRANSMITTAL


To:                              Mr. JASON GERSTER
                                 c/o MedQuist, Inc.
                                 1000 Bishops Gate Boulevard
                                 Suite 300
                                 Mount Laurel, NJ 08054-4632

Phone:                           800-233-3030

Fax:                             856-206-4020

Documents:                       Summons and Complaint in re: _Reddy v. MedQuist, Inc.,_
                                 _et.al.,_ NJ District Court Civil Case No.: 06 CV 4410 (RBK)
                                 (also being served via Certified Mail)

Number of pages including
this cover page:                 18


C - 24

**Krishna Reddy**
10650 Mountain View Ave, #702
Redlands, CA 92373-8459
Phone: (909) 799-9569


January 18, 2007


## FAX TRANSMITTAL


To:                    Mr. JOHN W. QUAINTANCE
                       c/o MedQuist, Inc.
                       1000 Bishops Gate Boulevard
                       Suite 300
                       Mount Laurel, NJ 08054-4632

Phone:                 800-233-3030

Fax:                   856-206-4020

Documents:             Summons and Complaint in re: _Reddy v. MedQuist, Inc.,_
                       _et.al.,_ NJ District Court Civil Case No.: 06 CV 4410 (RBK)
                       (also being served via Certified Mail)

Number of pages including
this cover page:       18


C - 25

**Krishna Reddy**
10650 Mountain View Ave, #702
Redlands, CA 92373-8459
Phone: (909) 799-9569


January 18, 2007


## FAX TRANSMITTAL


To:                         Mr. JOHN M. SUENDER
                            c/o MedQuist, Inc.
                            1000 Bishops Gate Boulevard
                            Suite 300
                            Mount Laurel, NJ 08054-4632

Phone:                      800-233-3030

Fax:                        856-206-4020

Documents:                  Summons and Complaint in re: *Reddy v. MedQuist, Inc.,*
                            *et.al.,* NJ District Court Civil Case No.: 06 CV 4410 (RBK)
                            (also being served via Certified Mail)

Number of pages including
this cover page:            18


C - 26

**Krishna Reddy**
10650 Mountain View Ave, #702
Redlands, CA 92373-8459
Phone: (909) 799-9569


January 18, 2007


FAX TRANSMITTAL


To:                              Mr. ETHAN H. COHEN
                                 c/o MedQuist, Inc.
                                 1000 Bishops Gate Boulevard
                                 Suite 300
                                 Mount Laurel, NJ 08054-4632

Phone:                           800-233-3030

Fax:                             856-206-4020

Documents:                       Summons and Complaint in re: *Reddy v. MedQuist, Inc.,*
                                 *et al.,* NJ District Court Civil Case No.: 06 CV 4410 (RBK)
                                 (also being served via Certified Mail)

Number of pages including
this cover page:                 18


C-27

**Krishna Reddy**
10650 Mountain View Ave, #702
Redlands, CA 92373-8459
Phone: (909) 799-9569


January 18, 2007


## FAX TRANSMITTAL


To:                            Mr. STEPHEN H. RUSCKOWSKI
                               c/o MedQuist, Inc.
                               1000 Bishops Gate Boulevard
                               Suite 300
                               Mount Laurel, NJ 08054-4632

Phone:                         800-233-3030

Fax:                           856-206-4020

Documents:                     Summons and Complaint in re: _Reddy v. MedQuist, Inc.,_
                               _et al.,_ NJ District Court Civil Case No.: 06 CV 4410 (RBK)
                               (also being served via Certified Mail)

Number of pages including
this cover page:               18


C- 28

**Krishna Reddy**
10650 Mountain View Ave, #702
Redlands, CA 92373-8459
Phone: (909) 799-9569

January 18, 2007

FAX TRANSMITTAL

To:                     ROYAL PHILIPS ELECTRONICS OF THE
                        NETHERLANDS
                        c/o MedQuist, Inc.
                        1000 Bishops Gate Boulevard
                        Suite 300
                        Mount Laurel, NJ 08054-4632

Phone:                  800-233-3030

Fax:                    856-206-4020

Documents:              Summons and Complaint in re: *Reddy v. MedQuist, Inc.,*
                        *et al.,* NJ District Court Civil Case No.: 06 CV 4410 (RBK)
                        (also being served via Certified Mail)

Number of pages including
this cover page:        18

D - 29



SACRAMENTO CA 95852

| Postage | $1.11 | 0403 |
| Certified Fee | $2.40 | 24 |
| Return Receipt Fee (Endorsement Required) | $1.85 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.36 | 01/19/2007 |

7006 2760 0002 5586 1199

ROYAL PHILIPS ELECTRONICS OF THE NE
P.O. BOX 526036
SACRAMENTO, CA 95852

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ROYAL PHILIPS ELECTRONICS OF
THE NETHERLANDS
C/O CORPORATION SERVICE COMPANY
[N/b/a CSC - LAWYERS INCORPORATING
SERVICE
P.O. BOX 526036
SACRAMENTO, CA 95852

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
                    JAN 24 2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7006 2760 0002 5586 1199

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

D - 30

CERTIFIED MAIL

MOUNT LAUREL NJ 08054

|                         |         |            |
|-------------------------|---------|------------|
|                         | $1.11   | 0403       |
| Receipt                 |         |            |
| Certified Fee           | $2.40   | 24         |
| Return Receipt Fee      | $1.85   | Postmark   |
| (Endorsement Required)  |         | Here       |
| Restricted Delivery Fee | $0.00   |            |
| (Endorsement Required)  |         |            |
| Total Postage & Fees    | $5.36   | 01/19/2007 |

ROYAL PHILIPS ELECTRONICS OF THE NE
1000 BISHOPS GATE BLVD #300
MOUNT LAUREL, NJ 08054-4632

7006 2760 0002 5586 1229

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ROYAL PHILIPS ELECTRONICS OF
THE NETHERLANDS
c/o MEDQUIST, INC
1000 BISHOPS GATE BLVD
SUITE 300
MOUNT LAUREL, NJ 08054-4632

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Jones                          22JAN07

D. Is delivery address different from Item 1? ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)        ☐ Yes

2. Article Number
(Transfer from service)   7006 2760 0002 5586 1229

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

D-31

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1/19/2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| DONNA WILHOIT | Sos-Acting |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):

   Served on the authorized agent via Certified Mail with Return Receipt Requested

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___1/19/2007___    _____
            Date                  *Signature of Server*

                                 1900 W. Redlands Blvd., San Bernardino, CA 92403
                                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

D - 32

**Krishna Reddy**
10650 Mountain View Ave, #702
Redlands, CA 92373-8459
Phone: (909) 799-9569


January 18, 2007


## FAX TRANSMITTAL


To:                          Mr. STEPHEN H. RUSCKOWSKI
                             c/o MedQuist, Inc.
                             1000 Bishops Gate Boulevard
                             Suite 300
                             Mount Laurel, NJ 08054-4632

Phone:                       800-233-3030

Fax:                         856-206-4020

Documents:                   Summons and Complaint in re: _Reddy v. MedQuist, Inc.,_
                             _et.al.,_ NJ District Court Civil Case No.: 06 CV 4410 (RBK)
                             (also being served via Certified Mail)

Number of pages including
this cover page:             18


E - 33

MOUNT LAUREL NJ 08054

| | | | |
|---|---|---|---|
| Postage | A | $1.11 | 0403 |
| Certified Fee | | $2.40 | 24 |
| Return Receipt Fee (Endorsement Required) | | $1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | | $5.36 | 01/19/2007 |

7006 2760 0002 5586 0789

MR. STEPHEN H. RUSCKOWSKI
1000 BISHOPS GATE BLVD #300
MOUNT LAUREL, NJ 08054-4632

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MR. STEPHEN H. RUSCKOWSKI
C/O MEDQUIST, INC.
1000 BISHOPS GATE BLVD
SUITE 300
MOUNT LAUREL, NJ 08054-4632

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
JONES
C. Date of Delivery
22-JAN-02

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7006 2760 0002 5586 0789

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

E-34

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1/19/2007 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Donna Wilhoit | SCS - acting |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
   Served via Certified Mail with Return Receipt Requested

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___1/19/2007___        ___Wilhoit___
            Date                    Signature of Server

            1900 W. Redlands Blvd., San Bernardino, CA 92403
            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

E - 35

**Krishna Reddy**
10650 Mountain View Ave, #702
Redlands, CA 92373-8459
Phone: (909) 799-9569

January 18, 2007

FAX TRANSMITTAL

| | |
|---|---|
| To: | Attn: Mr. Howard S. Hoffmann, CEO, and |
| | The Director of Human Resources |
| | MedQuist, Inc. |
| | 1000 Bishops Gate Boulevard |
| | Suite 300 |
| | Mount Laurel, NJ 08054-4632 |
| | |
| Phone: | 800-233-3030 |
| | |
| Fax: | 856-206-4020 |

Documents:       (1)    Letter to Mr. Hoffmann, CEO, and Director of
                              Human Resources at MedQuist, Inc.
                       (2)    A total of 12 Summons and the Complaint
                              in re: *Reddy v. MedQuist, Inc., et al.,* NJ District
                              Court, Civil Case No.: 06 CV 4410 (RBK)
                              (also being served via Certified Mail)

Number of pages including
this cover page:                    30

F-36

**Krishna Reddy**
10650 Mountain View Ave, #702
Redlands, CA 92373-8459
Phone: (909) 799-9569

January 18, 2007

Mr. Howard S. Hoffmann, CEO, and
The Director of Human Resources
MedQuist, Inc.
1000 Bishops Gate Boulevard
Suite 300
Mount Laurel, NJ 08054-4632
Phone:  800-233-3030
Fax: 856-206-4020

re: _Reddy v. MedQuist, Inc._, et.al., NJ District Court Civil Case No.: 06 CV 4410 (RBK)

Sirs,

I have been informed that MedQuist has closed all of its regional branches all across United
States and that all employees/officers/agents of MedQuist are now working for MedQuist
remotely out of their own homes.  As a result, I'm unable to personally serve the individual
defendants in the above-mentioned lawsuit with the Summons and Complaint.  In addition to
being sued in their individual capacity, the defendants were also sued as agents of MedQuist;
therefore, I'm having the Summons and Complaint served on them by faxing them to the
Corporate office.

I'm herewith faxing a copy each of the 12 Summons issued along with a copy of the Complaint.
Another set of copies for each of the 12 defendants is also being served via Certified Mail with
Return Receipt Requested, by serving on MedQuist.

I herewith request you to kindly forward the faxed copy as well as the mailed copy of the
Summons and Complaint once you receive them, to the respective individual
employees/agents/officers of MedQuist including MedQuist's Parent Corporation, Royal Philips
Electronics of the Netherlands.

Should you have any questions, please feel free to contact me.

Thanking you,

Sincerely,

_Krishna Reddy_

Krishna Reddy

F-37

7006 2760 0002 5586 0529

MOUNT LAUREL NJ 0805+

| | | |
|---|---|---|
| Postage | $9.00 | 0403 |
| Certified Fee | $2.40 | 24 |
| Return Receipt Fee (Endorsement Required) | $1.85 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $13.25 | 01/19/2007 |

Sent To
MEDQUIST, INC.
Street, Apt. No.; or PO Box No.
1000 BISHOPS GATE BL #300
City, State, ZIP+4
MOUNT LAUREL, NJ 08054-4632

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ATTN: MR. HOWARD S. HOFFMAN, CEO,
THE DIRECTOR OF HUMAN RESOURCES
MEDQUIST, INC.
1000 BISHOPS GATE BL
SUITE 300
MOUNT LAUREL, NJ 08054-4632

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee
B. Received by ( Printed Name )    C. Date of Delivery
Jones 22JAN07
D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7006 2760 0002 5586 0529

Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

F-38

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1/19/2007 |

| NAME OF SERVER (PRINT) Donna Wilhoit | TITLE SCS - acting |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):

   Served via Certified Mail with Return Receipt Requested

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___1/19/2007___     _Wilhoit_
   Date                            Signature of Server

1900 W. Redlands Blvd., San Bernardino, CA 92403
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

G-39

Krishna Reddy
10650 Mountain View Ave, Apt 702
Redlands, CA 92373-8459
Phone No.: (909) 799-9569
No Fax Number


# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### (Camden)


| | | |
|---|---|---|
| KRISHNA REDDY, | ) | Civil Action No.: |
| | ) | |
| Plaintiff, | ) | 06-CV-04410-RBK (AMD) |
| | ) | |
| vs. | ) | |
| | ) | |
| MEDQUIST, INC.; ROYAL | ) | PROOF OF SERVICE OF |
| PHILIPS ELECTRONICS OF THE | ) | SUMMONS AND COMPLAINT |
| NETHERLANDS; KATHY | ) | |
| PINKSTAFF; APRIL PORTER; | ) | |
| MAYRA FIGUERAS; RUSSELL | ) | |
| DUNN; STEVEN E. ALLEN; JUDY | ) | |
| COMPAGNO; JASON GERSTER; | ) | |
| JOHN W. QUAINTANCE; JOHN M. | ) | |
| SUENDER; ETHAN H. COHEN; | ) | |
| STEPHEN H. RUSCKOWSKI; and | ) | |
| DOES 1 through 100, (unknown | ) | |
| defendants being sued as agents of the | ) | |
| Corporate defendants, and also in | ) | |
| their individual capacity), | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

1

H - 40

## PROOF OF SERVICE BY CERTIFIED MAIL

I, Donna Wilhoit _____, declare:

1.      I am a resident of the County of San Bernardino, the State of

California.  I am over the age of 18 years, and not a party to the cause.  My business

address is: 1900 W. Redlands Blvd, San Bernardino, CA 92403.

2.      On January 19, 2007, I served the following:

### SUMMONS AND COMPLAINT

in the case of *REDDY v. MEDQUIST, Inc., et. al.,* pending in the U.S. District

Court for the District of New Jersey (Camden Division), Civil Case No.: 06-CV-

04410-RBK (AMD), by placing true copies thereof enclosed in separate sealed

envelopes, addressed individually for each defendant, as follows:

MS. KATHY PINKSTAFF
c/o MedQuist, Inc.
1000 Bishops Gate Blvd
Suite 300
Mount Laurel, NJ 08054-4632

MS. APRIL PORTER
c/o MedQuist, Inc.
1000 Bishops Gate Blvd
Suite 300
Mount Laurel, NJ 08054-4632

MS. MAYRA FIGUERAS
c/o MedQuist, Inc.
1000 Bishops Gate Blvd
Suite 300
Mount Laurel, NJ 08054-4632

MR. RUSSELL DUNN
c/o MedQuist, Inc.
1000 Bishops Gate Blvd
Suite 300
Mount Laurel, NJ 08054-4632

MR. STEVEN E. ALLEN
c/o MedQuist, Inc.
1000 Bishops Gate Blvd
Suite 300
Mount Laurel, NJ 08054-4632

MS. JUDY COMPAGNO
c/o MedQuist, Inc.
1000 Bishops Gate Blvd
Suite 300
Mount Laurel, NJ 08054-4632

2

H - 41

MR. JASON GERSTER
c/o MedQuist, Inc.
1000 Bishops Gate Blvd
Suite 300
Mount Laurel, NJ 08054-4632

MR. JOHN W. QUAINTANCE
c/o MedQuist, Inc.
1000 Bishops Gate Blvd
Suite 300
Mount Laurel, NJ 08054-4632

MR. JOHN M. SUENDER
c/o MedQuist, Inc.
1000 Bishops Gate Blvd
Suite 300
Mount Laurel, NJ 08054-4632

MR. ETHAN H. COHEN
c/o MedQuist, Inc.
1000 Bishops Gate Blvd
Suite 300
Mount Laurel, NJ 08054-4632,

and then enclosing all the sealed envelopes in a larger sealed envelop with postage

thereon fully prepaid for Certified Mail with Return Receipt Requested, in the

United States Mail at San Bernardino, California, addressed as follows:

Attn:  Mr. Howard S. Hoffman, CEO, and
The Director of Human Resources
MedQuist, Inc.
1000 Bishops Gate Boulevard
Suite 300
Mount Laurel, NJ 08054-4632

I declare under penalty of perjury under the laws of the United States of

America that the foregoing information contained in the Proof of Service is true and

correct.

Executed on January 19, 2007, in San Bernardino, California.


By: _Durlhot_____
       Declarant


3

H - 42

# WINSTON & STRAWN LLP

35 WEST WACKER DRIVE
CHICAGO, ILLINOIS 60601-9703

43 RUE DU RHONE
1204 GENEVA, SWITZERLAND

99 GRESHAM STREET
LONDON EC2V 7NG

38TH FLOOR
833 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1543

(213) 615-1700

FACSIMILE (213) 615-1750

www.winston.com

200 PARK AVENUE
NEW YORK, NEW YORK 10166-4193

25 AVENUE MARCEAU
75116 PARIS, FRANCE

101 CALIFORNIA STREET
SAN FRANCISCO, CALIFORNIA 94111-5894

1700 K STREET, N.W.
WASHINGTON, D.C. 20006-3817

WRITER'S DIRECT DIAL
(213) 615-1819
pperkowski@winston.com

February 6, 2007

Krishna Reddy
10650 Mountain View Avenue, #702
Redlands, CA 92373-8459

Re:   **Krishna Reddy v. MedQuist, Inc., et al., Civil Action No. 1:06-CV-4410 (RBK-AMD)**

Dear Ms. Reddy:

We represent MedQuist Inc. in your lawsuit pending in the United States District Court for the District of New Jersey, No. 06-cv-4410. This letter regards your January 18, 2007, correspondence to Howard Hoffmann, in which you purported to serve summons and complaint on Royal Phillips and the individual defendants in your action.

Unfortunately, the manner in which you attempted to serve these defendants is not proper service under Rule 4(e) of the Federal Rules of Civil Procedure. Rule 4(e)(1), referencing state law, is an alternative method if you are unable to complete personal service on these defendants under Rule 4(e)(2). Moreover, this firm does not represent those other defendants and is unable to accept service of process on their behalf.

In addition, we have been informed of your attempt to serve Royal Phillips Electronics through MedQuist's agent for service of process, Corporate Service Company ("CSC"). Although we do not speak on behalf of Phillips, from MedQuist's perspective the service on Phillips "c/o MedQuist" through CSC is ineffective because MedQuist and Phillips are separate entities.

If you have any questions, please contact me at the above address.

Very truly yours,

Peter E. Perkowski

PEP:rmv

LA:182083.2

$\mathcal{I}$-43

Krishna Reddy
10650 Mountain View Ave, Apt 702
Redlands, CA 92373-8459
Phone No.: (909) 799-9569
No Fax Number

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### (Camden)

| | | |
|---|---|---|
| KRISHNA REDDY, | ) | Civil Action No.: |
| | ) | |
| Plaintiff, | ) | 06-CV-04410-RBK (AMD) |
| | ) | |
| vs. | ) | |
| | ) | |
| MEDQUIST, INC., et.al. | ) | PROOF OF SERVICE BY MAIL |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## PROOF OF SERVICE BY U.S. MAIL

I, Fred Saucedo, declare:

1.    I am a resident of the County of San Bernardino, the State of California.  I am over the age of 18 years, and not a party to the cause.  My business address is: 1900 W. Redlands Blvd, San Bernardino, CA 92403.

2.    On February 12, 2009, I served the following document:

"RESPONSE TO COURT'S ORDER DIRECTING PLAINTIFF TO
SUBMIT PROOF OF PROPER SERVICE"

in the case of *Reddy v. MedQuist, Inc., et. al.*, New Jersey United States District Court (Camden) Civil Case No.: 06-CV-04410-RBK (AMD), on the attorneys for the defendants by placing a true copy thereof enclosed in separate sealed envelopes with postage thereon fully prepaid for First Class Mail, in the United States mail at San Bernardino, California, addressed as follows:

Mr. Olivier Salvagno, Esq.
GREENBAUM, ROWE, SMITH & DAVIS, LLP
99 Wood Avenue South
Iselin, NJ 08830-2712


Mr. Brian Thomas Frawley, Esq.
SULLIVAN & CROMWELL
125 Broad Street
New York, NY 10004

1

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Bernardino, California.


By: _____
Declarant

